IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEFFREY I. MILLER,

      Appellant,

v.

CAROL SCHRAMER,

      Appellee.

_____/

Case No. 5D22-2068
LT Case No. 2018-CA-000553

Opinion filed March 17, 2023

Appeal from the Circuit Court
for Citrus County,
Jason J. Nimeth, Judge.

Kristin A. Norse, Stuart C. Markman
and Brandon K. Breslow, of Kynes,
Markman & Felman, P.A., Tampa,
for Appellant.

Jessica Czaya and Keith
Taylor, of Keith Taylor Law
Group, P.A., Lecanto, for
Appellee.

ON CONFESSION OF ERROR

PER CURIAM.

Appellant appeals an order entering judicial default and striking his

counterclaim, a default judgment of partition, and an order denying his motion

to set aside the default. Appellee has filed a confession of error. We accept

the confession of error, reverse the orders and judgment, and remand for further proceedings.

REVERSED AND REMANDED.


MAKAR, EDWARDS and HARRIS, JJ., concur.